PERKINS v. MOON.

ATKINSON, J. Under the ruling in the case of *Miller* v. *Wallace*, 76 *Ga.* 479 (2 Am. St. R. 48), the evidence on the subject of releasing parental control of the child by the father to the grandmother by contract did, not require a ruling by the judge that such a contract had been made; and considering the evidence in its entirety, there was no error in awarding custody of the child to the father. See, in this connection, *Sloan* v. *Jones*, 130 *Ga.* 836 (62 S. E. 21), and cases therein cited. `

*Judgment affirmed. All the Justices concur.*

Argued July 25,—Decided December 16, 1908.

Habeas corpus. Before Judge Brand. Walton superior court, May 4, 1908.

*J. F. Holmes* and *Shackelford & Shackelford*, for plaintiff.
*Napier & Cox*, for defendant.